PER CURIAM.
We have thoroughly examined the record in this case and no error having been made to appear, the decision of the trial court is hereby affirmed. See Fla. Investment Enterprises, Inc. v. Kentucky Co., 160 So.2d 733 (D.C.A.Fla.1964); Sugar v. Blek, 172 So.2d 272 (D.C.A.Fla.1965); Butler v. Butler, 172 So.2d 899 (D.C.A.Fla.1965); and Odum v. Morningstar, 158 So.2d 776 (D.C.A.Fla.1963).
Affirmed.
LILES, Acting C. J., HOBSON, J., and WILLIS, ROBERT, Associate Judge, concur.